## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PAUL T. HARDY, <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-1739 (RBW) |
| | ) | |
| MARGARET A. HAMBURG, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

For the reasons set forth in the Memorandum Opinion issued contemporaneously with this Order, it is

**ORDERED** that the Defendants' Motion to Dismiss is **GRANTED**. It is further

**ORDERED** that the plaintiffs' request for a hearing on the Defendants' Motion to Dismiss is **DENIED AS MOOT**. It is further

**ORDERED** that the case is **CLOSED** without prejudice.

**SO ORDERED** this 23rd day of September, 2014.

REGGIE B. WALTON<br>
United States District Judge